1111.] Motions of Erie County Citizens Coalition Against Violent Pornography, American Liberties Institute et al., and Orange County, Florida, for leave to file briefs as *amici curiae* granted.

No. 98-1189. BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM *v.* SOUTHWORTH ET AL. C. A. 7th Cir. [Certiorari granted, 526 U. S. 1038.] Motion of Student Rights Law Center, Inc., for leave to file a brief as *amicus curiae* granted.

No. 98-1441. ROE, WARDEN *v.* FLORES-ORTEGA. C. A. 9th Cir. [Certiorari granted, 526 U. S. 1097.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98-1480. BECK *v.* PRUPIS ET AL. C. A. 11th Cir. [Certiorari granted, 526 U. S. 1158.] Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 98-1747. PEREZ ET AL. *v.* PASADENA INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir.;
No. 98-1768. BUCKMAN CO. *v.* PLAINTIFFS' LEGAL COMMITTEE. C. A. 3d Cir.;
No. 98-1836. UNITED STATES HEALTHCARE SYSTEMS OF PENNSYLVANIA, INC. *v.* PENNSYLVANIA HOSPITAL INSURANCE CO. ET AL. Sup. Ct. Pa.;
No. 98-1971. ROBINSON ET AL. *v.* ADMINISTRATIVE COMMITTEE OF THE SEA RAY EMPLOYEES' STOCK OWNERSHIP AND PROFIT SHARING PLAN ET AL. C. A. 6th Cir.;
No. 98-1987. VALDESPINO ET AL. *v.* ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir.; and
No. 98-9663. DAVIS *v.* HOPPER, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 98-8384. WILLIAMS *v.* TAYLOR, WARDEN. C. A. 4th Cir. [Certiorari granted, 526 U. S. 1050.] Motions of Marvin Frankel et al. and Lance Banning et al. for leave to file briefs as *amici curiae* granted.

No. 98-8711. TYLER ET AL. *v.* MORIARTY, JUDGE, CIRCUIT COURT OF MISSOURI, CITY OF ST. LOUIS, ET AL. C. A. 8th